UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE XX, JOHN DOE XXI, JOHN DOE XXII, JOHN DOE XXIII, JOHN DOE XXIV, JOHN DOE XXV, SHANE JULIAN, and RILEY GILROY,<br><br>Plaintiffs,<br><br>vs.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in Idaho,<br><br>Defendants. | Case No. 1:17-cv-00184-BLW<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF JOHN DOES XX AND XXVI'S CLAIMS AGAINST DEFENDANT BOY SCOUTS OF AMERICA |

This matter having come before the Court upon the parties' stipulations for dismissal with prejudice of John Does XX and XXVI's claims against Defendant Boy Scouts of America, and the Court having reviewed the pleadings and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Stipulations (docket nos. 63 & 66) are APPROVED, and that the claims of Does XX and XXVI, and all claims and causes of action that were or might have been asserted by Does XX and XXVI, are hereby dismissed with prejudice, with each party to bear his/its own costs and attorney fees.


DATED: January 15, 2019

_____
B. Lynn Winmill
United States District Judge